UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ALISE NAPIORSKI,** | ) | FILED: SEPTEMBER 19, 2008 |
| | ) | 08CV5368 |
| Plaintiff, | ) | Case No. JUDGE CASTILLO |
| | ) | MAGISTRATE JUDGE ASHMAN |
| v. | ) | Judge EDA |
| | ) | |
| **P.O. GRUMBOS #7069,** | ) | Magistrate Judge |
| **and P.O. PAPASTEFAN #9236,** | ) | |
| **individually, and the CITY OF** | ) | Jury Demand |
| **CHICAGO,** | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

Now comes, the Plaintiff, Alise Napiorski, by and through her attorneys, Gregory E. Kulis and Associates, Ltd., complaining against the Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, individually as follows.

## COUNT I-EXCESSIVE FORCE

This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the Defendants committed under color of law.

1. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental Jurisdiction of the State of Illinois.

2. The Plaintiff, Alise Napiorski, is a United States citizen and permanent resident of the State of Illinois.

3. The Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, were at all relevant times, duly appointed police officers of the City of Chicago and at all relevant times, were acting

within their scope of employment and under color of law.

4. On March 11, 2008, the Plaintiff, Alise Napiorski, was driving a vehicle in the vicinity of the 3000 block of North Laramie in Chicago, Illinois.

5. The Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, pulled the Plaintiff, Alise Napiorski over for an alleged traffic violation.

6. The Plaintiff, Alise Napiorski, was not committing any crime or breaking any laws.

7. The Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, jumped on the Plaintiff, handcuffed her and threw her against the squad car.

8. The Plaintiff, Alise Napiorski, was injured.

9. Said use of force was unprovoked, excessive and unreasonable.

10. Said actions of the Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, were intentional, willful and wanton.

11. Said actions of the Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, violated the Plaintiff, Alise Napiorski's, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights as protected by 42 U.S.C. §1983.

12. As a direct and proximate consequence of said conduct of the Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, the Plaintiff, Alise Napiorski, suffered violations of her constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

WHEREFORE, the Plaintiff, Alise Napiorski, prays for judgment against the Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, jointly and severally, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) in compensatory damages and Ten Thousand Dollars ($10,000.00) in punitive damages, plus attorneys' fees and costs.

## COUNT II-FALSE ARREST

1-10. The Plaintiff, Alise Napiorski, hereby realleges and incorporates her allegations of paragraphs 1-10 of Count I as her respective allegations of paragraphs 1-10 of Count II as though fully set forth herein.

11. The Plaintiff, Alise Napiorski, was arrested to cover up the Defendants', P.O. Grumbos #7069 and P.O. Papastefan #9236, illegal acts.

12. The Plaintiff, Alise Napiorski, was not committing a crime.

13. The Plaintiff, Alise Napiorski, was arrested and charged.

14. These charges were false.

15. The Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, did not see the Plaintiff, Alise Napiorski, committing any crime.

16. The Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, did not have probable cause to arrest the Plaintiff, Alise Napiorski.

17. Said actions of the Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, were intentional, willful and wanton.

18. Said actions of the Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, violated the Plaintiff, Alise Napiorski's, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights as protected by 42 U.S.C. §1983.

19. As a direct and proximate consequence of said conduct of the Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, the Plaintiff, Alise Napiorski, suffered violations of her constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

WHEREFORE, the Plaintiff, Alise Napiorski, prays for judgment against the Defendants, P.O. Grumbos #7069 and P.O. Papastefan #9236, jointly and severally, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) in compensatory damages and Ten Thousand Dollars

($10,000.00) in punitive damages, plus attorneys' fees and costs.

### COUNT III- INDEMNIFICATION

1-10. The Plaintiff, Alise Napiorski, hereby realleges and incorporates her allegations of paragraphs 1-10 of Count I as his respective allegations of paragraphs 1-10 of Count III as though fully set forth herein.

10. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

11. Defendants P.O. Grumbos #7069 and P.O. Papastefan #9236 are employees of the City of Chicago Police Department who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants P.O. Grumbos #7069 and P.O. Papastefan #9236 be found liable for the acts alleged above, Defendant City of Chicago would be liable to pay the Plaintiff any judgment obtained against said Defendants.

### JURY DEMAND

The Plaintiff, Alise Napiorski, requests a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis_____
Gregory E. Kulis and Associates, Ltd.

Gregory E. Kulis and Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830

S:\Federal Cases\Napiorski, Alise\Pleadings\Complaint.doc